**E-filed 10/4/06**

FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
FRANCIS A. BOTTINI, JR. (175783)
bottini@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Attorneys for Plaintiff Anthony A. Noble

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES JUENGLING, Derivatively on Behalf of Nominal Defendant Atmel Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE PERLEGOS, GUST PERLEGOS, TSUNG-CHING WU, KRIS CHELLAM, JACK PECKHAM, DONALD COLVIN, B. JEFFREY KATZ, MIKE N. SISOIS, FRANCIS BARTON, T. PETER THOMAS, CHAIHO KIM, DAVID SUGUSHITA and PIERRE FOUGERE,<br><br>    Defendants,<br>    -and-<br><br>ATMEL CORPORATION, a Delaware corporation,<br><br>    Nominal Defendant. | Case No. C 06-4592-JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT**<br><br><br><br><br>DATE:<br>TIME:<br>DEPT:<br>JUDGE: |

[Caption Continued on Next Page]

|  |  |
|---|---|
| To be Consolidated With | |
| KENNETH KELLY, Derivatively on Behalf of Nominal Defendant Atmel Corporation, | Case No. C-06-04680 JF |
| Plaintiff, | |
| v. | |
| GEORGE PERLEGOS, GUST PERLEGOS, TSUNG-CHING WU, KRIS CHELLAM, JACK PECKHAM, DONALD COLVIN, B. JEFFREY KATZ, MIKES N. SISOIS, FRANCIS BARTON, T. PETER THOMAS, CHAIHO KIM, DAVID SUGUSHITA, AND PIERRE FOUGERE, | |
| Defendants, -and- | |
| ATMEL CORPORATION, | |
| Nominal Defendant. | |
| ANTHONY A. NOBLE, in the right of and for the benefit of Atmel Corporation, | Case No. C 06-04973 JF |
| Plaintiff, | |
| v. | |
| GEORGE PERLEGOS, GUST PERLEGOS, TSUNG-CHING WU, DONALD COLVIN, STEVEN LAUB, MIKES N. SISOIS, FRANCIS BARTON, T. PETER THOMAS, CHAIHO KIM, DAVID SUGUSHITA, PIERRE FOUGERE and GRAHAM TURNER, | |
| Defendants, and | |
| ATMEL CORPORATION, | |
| Nominal Defendant. | |

STIP AND [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT – C 06-4592-JF

- 1 -

WHEREAS, the above-captioned actions are three derivative actions against Nominal Defendant Atmel Corporation, Inc. and others arising out of a common set of facts.

WHEREAS, the parties agree that the related derivative actions involve common questions of law and fact and should be consolidated to avoid unnecessary costs and delay.

WHEREAS, on August 24, 2006, counsel for plaintiffs Juengling and Kelley filed a motion seeking their appointment as lead plaintiffs and their counsel's appointment as lead counsel.

WHEREAS, after meeting and conferring, plaintiffs agree that James Juengling should be appointed Lead Plaintiff and Schiffrin & Barroway, LLP and Wolf Haldenstein Adler Freeman & Herz LLP should be appointed Lead Counsel; and

WHEREAS, defendants take no position as to the appointment of the James Juengling as Lead Plaintiff and Schiffrin & Barroway, LLP and Wolf Haldenstein Adler Freeman & Herz LLP as Lead Counsel.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs and defendants, subject to the approval of the Court, as follows:

**CONSOLIDATION OF RELATED ACTIONS**

1. Under Federal Rule of Civil Procedure 42(a), the following cases are consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings and trial proceedings:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Juengling v. Perlegos, et al.* | 06-cv-04592-JF | July 27, 2006 |
| *Kelley v. Perlegos, et al.* | 06-cv-04680-JF | August 2, 2006 |
| *Noble v. Perlegos, et al.* | 06-cv-4973-MJJ | August 17, 2006 |

2. The consolidated cases shall be identified as: *In re Atmel Corporation Derivative Litig.*, Master File No. C 06-4592-JF. Any other actions now pending or hereafter filed in this

1  District which arise out of the same facts and claims as alleged in these related actions shall be
2  consolidated for all purposes if and when the Court is apprised of them. The parties shall notify
3  the Court of any other action which is now pending or thereafter filed outside of this District
4  which may be related to the subject matter of these consolidated actions if and when they become
5  aware of such actions.

6  3. Every pleading filed in these consolidated actions, or in any separate action
7  included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re ATMEL CORPORATION DERIVATIVE LITIGATION  ) ) ) | Master File No. CV 06-4592-JF |
|---|---|
| ) | <u>DERIVATIVE ACTION</u> |
| This Document Relates To: ) ) ) ) ) ) | |

4. When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable only to some, but not to all, of such actions, this Court's docket number for each individual action to which the paper is intended to be applicable and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption described above.

**APPOINTMENT OF LEAD COUNSEL**

1. Pursuant to an agreement between the Plaintiffs (as to which Defendants take no position) and subject to the Court's approval, Plaintiff James Juengling shall be appointed Lead Plaintiff.

2. Pursuant to an agreement between the Plaintiffs (as to which Defendants take no

position) and subject to the Court's approval, the law firm of Schiffrin & Barroway, LLP and Wolf Haldenstein Adler Freeman & Herz, LLP shall be appointed Lead Counsel for plaintiffs in the consolidated *In re Atmel Corporation Derivative Litigation*.

3. Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except through Lead Counsel.

5. Lead Counsel also shall be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

6. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

**SCHEDULE FOR CONSOLIDATED COMPLAINT**

1. Plaintiffs shall file a Consolidated Complaint which shall be deemed the operative complaint, superseding all complaints filed in any of the actions consolidated hereunder. Plaintiffs shall file a Consolidated Complaint within 30 days of the entry of order appointing Lead Counsel. Defendants shall have 45 days after service to file a response to the Consolidated Complaint. The parties will meet and confer and report to the Court on an acceptable briefing and hearing schedule for any motions directed to the Consolidated Complaint. The parties jointly request that the Case Management Conferences currently set for October 27, 2006 (in 06-cv-04592-JF), November 14, 2006 (in 06-cv-04973-MJJ), and November 20, 2006 (in 06-cv-04680-JF), respectively, be continued to a date on or after December 8, 2006.

| | | |
|---|---|---|
| 1 | DATED: September 26, 2006 | WOLF HALDENSTEIN ADLER |
| 2 | | FREEMAN & HERZ LLP |
| | | FRANCIS M. GREGOREK |
| 3 | | BETSY C. MANIFOLD |
| | | FRANCIS A. BOTTINI, JR. |
| 4 | | RACHELE R. RICKERT |

*/s/ Betsy C. Manifold/*
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Attorneys for Plaintiff Anthony A. Noble

DATED: September 26, 2006

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SANDRA G. SMITH
ROBIN WINCHESTER

*/s/ Sandra G. Smith w/permission/*
SANDRA G. SMITH

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Facsimile:  610/667-7056

BRAMSON, PLUTZIK, MAHLER &
 BIRKHAEUSER, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
KATHRYN A. SCHOFIELD
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925/945-0200
Facsimile:  925/945-8792

Attorneys for Plaintiffs James Juengling
and Kenneth Kelley

| | | |
|---|---|---|
| 1 | Dated: September 25, 2006 | MORRISON & FOERSTER LLP<br>DARRYL P. RAINS<br>EUGENE ILLOVSKY<br>TODD L. BURLINGAME |
| 2 | | |
| 3 | | |
| 4 | | *[signature]*<br>TODD L. BURLINGAME |
| 5 | | |
| 6 | | 755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: 650/813-5600<br>Facsimile: 650/494-0792 |
| 7 | | |
| 8 | | Attorneys for Defendants Graham Turner, Steven Laub, Kris Chellam, Jack Peckham, Donald Colvin, B. Jeffrey Katz, Francis Barton, T. Peter Thomas, Chaiho Kim, David Sugushita and Pierre Fougere and Nominal Defendant Atmel Corporation |
| 9 | | |
| 10 | | |
| 11 | Dated: September ___, 2006 | FARELLA BRAUN + MARTEL LLP<br>JOHN L. COOPER<br>C. BRANDON WISOFF<br>ROBERT C. HOLTZAPPLE<br>JESSICA K. NALL |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | _____<br>JESSICA K. NALL |
| 17 | | Russ Building, 30th Floor<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 |
| 18 | | |
| 19 | | |
| 20 | | Attorneys for Defendants Gust Perlegos and George Perlegos |

STIP AND [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF
AND LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT – C 06-4592-JF
- 6 -

21296\1061285.1

| | | |
|---|---|---|
| 1 | Dated: September ___, 2006 | MORRISON & FOERSTER LLP<br>DARRYL P. RAINS<br>EUGENE ILLOVSKY<br>TODD L. BURLINGAME |

_____
TODD L. BURLINGAME

755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650/813-5600
Facsimile:  650/494-0792

Attorneys for Defendants Graham Turner, Steven Laub, Kris Chellam, Jack Peckham, Donald Colvin, B. Jeffrey Katz, Francis Barton, T. Peter Thomas, Chaiho Kim, David Sugushita and Pierre Fougere and Nominal Defendant Atmel Corporation

Dated: September 2⟨, 2006

FARELLA BRAUN + MARTEL LLP
JOHN L. COOPER
ROBERT C. HOLTZAPPLE
JESSICA K. NALL

_/s/ Jessica K. Nall_____
JESSICA K. NALL

Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants Gust Perlegos and George Perlegos

STIP AND [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT – C 06-4592-JF

- 6 -

21296\1061285.1

**Pursuant to the above stipulation and for good cause shown, IT IS SO ORDERED. Furthermore:**

    1.    The Case Management Conferences currently set for October 27, 2006 (in 06-cv-04592-JF), November 14, 2006 (in 06-cv-04973-MJJ), and November 20, 2006 (in 06-cv-04680-JF), respectively, are continued to a date on or after December 8, 2006.

Dated: 10/4/06

_____
UNITED STATES DISTRICT COURT JUDGE

ATMEL:13828.STIP

STIP AND [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT – C 06-4592-JF

- 7 -

## DECLARATION OF SERVICE

I, DANIEL O. BAUMANN, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2. That on October 2, 2006, declarant served the **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT** via the CM/ECF System to the parties so indicated on the attached service list, who are registered participants of the CM/EMF System.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of October 2006, at San Diego, California.

_____
DANIEL O. BAUMANN

ATMEL CORPORATION
Service List – October 2, 2006
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

Counsel for Plaintiff Anthony A. Noble

Eric L. Zagar
Sandra G. Smith
Robin Winchester
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
    610/667-7706
    610/667-7056 (fax)

Alan R. Plutzik
L. Timothy Fisher
Kathryn A. Schofield
BRAMSON, PLUTZIK, MAHLER &
 BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
    925/945-0200
    925/945-8792

Attorneys for Plaintiffs James Juengling
and Kenneth Kelley

COUNSEL FOR DEFENDANTS

Darryl P. Rains
Eugene Illovsky
Todd L. Burlingame
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
    650/813-5600
    650/494-0792 (fax)

Attorneys for Defendants Graham Turner, Steven Laub, Kris Chellam, Jack Peckham, Donald Colvin, B. Jeffrey Katz, Francis Barton, T. Peter Thomas, Chaiho Kim, David Sugushita and Pierre Fougere and Nominal Defendant Atmel Corporation

John L. Cooper
C. Brandon Wisoff
Robert C. Holtzapple
Jessica K. Nall
FARELLA BRAUN + MARTELL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
    415/954-4400
    415/954-4480 (fax)

Attorneys for Defendants Gust Perlegos and George Perlegos